IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN POPPEN,

      Plaintiff,                      No. 2:10-cv-0568 JFM (PC)

   vs.

LIONEL FOSTER, et al.,

      Defendants.             <u>ORDER</u>

                               /

        Plaintiff is a California state prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983.  The Court finds appointment of counsel is warranted.  C. Brooks Cutter and Ian M. Hunter have been selected from the Court's pro bono attorney panel.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Plaintiff's April 21, 2010 motion for appointment of counsel is granted.

        2.  C. Brooks Cutter and Ian M. Hunter are appointed as counsel in the above entitled matter.

        3.  C. Brooks Cutter and Ian M. Hunter shall notify shall notify Sujean Park, ADR and Pro Bono Program Director, at 916-930-4278 or via email at spark@caed.uscourts.gov, if they have any questions related to the appointment.

/////

1

1    4.  The Clerk of the Court is directed to serve a copy of this order upon C. Brooks
2 Cutter and Ian M. Hunter, Kershaw, Cutter & Ratinoff LLP, 401 Watt Avenue, Sacramento, CA
3 95864.
4 DATED: June 8, 2010.

UNITED STATES MAGISTRATE JUDGE

12/popp0568.31