1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN POPPEN,

11          Plaintiff,                    No. 2:10-cv-0568-MCE-JFM (PC)

12          vs.

13   LIONEL FOSTER, M.D., et al.,

14          Defendants.              ORDER TO SHOW CAUSE

15   _____/

16          Plaintiff is a state prisoner proceeding through counsel with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  By order filed December 1, 2010, plaintiff's complaint was

18   dismissed and plaintiff was granted thirty days in which to file either an amended complaint

19   clarifying the basis for his claim against defendant Kimura-Yip or a request for voluntary

20   dismissal of said defendant.  The thirty day period has expired and plaintiff has not responded in

21   any way to the December 1, 2010 order.

22          Accordingly, good cause appearing, IT IS HEREBY ORDERED that within ten

23   days from the date of this order plaintiff shall show cause in writing, if any he has, why defendant

24   Kimura-Yip should not be dismissed from this action.  Any response to the order to show cause

25   shall be accompanied by a proposed amended complaint that either omits plaintiff's claim against

26   /////

1

1 defendant Kimura-Yip or clarifies the basis for said claim.  Plaintiff is cautioned that failure to

2 comply with this order may result in a recommendation that this action be dismissed.

3 DATED: January 13, 2011.

4

5

6
UNITED STATES MAGISTRATE JUDGE

7

8
12
popp0568.osc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26