**KERSHAW, CUTTER & RATINOFF, LLP**
C. BROOKS CUTTER, 121407
JOHN R. PARKER, JR., 257761
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
E-mail: bcutter@kcrlegal.com
E-mail: jparker@kcrlegal.com

Attorneys for *Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POPPEN,<br><br>        Plaintiff,<br><br>vs.<br><br>LIONEL FOSTER, M.D.; TERRI WEINHOLDT; JALAL SALTANIAN-NEDEH-IV, S. HEATLEY, T. KIMURA-YIP; and K. McLEAN, In Their Individual Capacities,<br><br>        Defendants. | CASE NO.:  2:10-cv-00568-KJM-JFM<br><br>**AMENDED STIPULATED REQUEST FOR RELIEF FROM SCHEDULING ORDER AND SCHEDULING ORDER**<br><br>Complaint Filed: March 10, 2010<br>Trial Date: None Set<br><br>Assigned to Judge Kimberly J. Mueller |

Plaintiff Kevin Poppen and the above-named Defendants hereby ask the Court to continue the deadlines currently contained in the Court's May 25, 2011 scheduling order such that the fact discovery cut-off will be moved to April 1, 2012, and the deadline for dispositive motions will be moved to June 1, 2012.[1]  No previous extensions have been granted.

/////

/////

---

[1] The Court's May 31, 2011 Discovery and Scheduling Order is apparently based upon a standard order for cases filed by prisoners appearing *pro per*, as this case had proceeded until Plaintiff's current attorneys were appointed counsel for Plaintiff through the Northern District of California's Pro Bono Program.

-1-
Stipulation Regarding Discovery Deadlines; and Order

The parties make this request on the following grounds: **First**, Defendant Lionel Foster was only recently served and by agreement of the Parties his answer is due on July 20, 2011. **Second**, because Plaintiff is now represented by counsel, a more comprehensive scheduling order may be more appropriate than the standard order used for prisoner cases. **Third**, counsel for Defendants has a busy trial schedule for the rest of the year, as follows:

- *Sallie v. County of Sacramento*, CASE NO.34-2008-00014747-CU-OE-GDS, October 25, 2011 (4-6 week trial in the Superior Court of Sacramento County)
- *Kirbyson v. Tesoro, et al.*, CASE NO. 09-03990 SC, December 5, 2011 (7-10 day trial in the Northern District of California)
- *Taylor v. CDCR, et al.*, CASE NO. 2:09-cv-00024 JAM, December 5, 2011, (4-5 day trial in the Eastern District of California)

**Fourth**, and most importantly, given enough time to conduct them, the Parties believe that this case could be resolved through settlement negotiations in the next few months, without any further action by the Court.

Accordingly, the parties propose the following new case schedule:

| | |
|---|---|
| Non-Expert Discovery Deadline: | April 1, 2012 |
| Dispositive Motion Filing Deadline: | June 1, 2012 |
| Expert Disclosures: | Per F.R.Civ.P. 26 |
| Final Pretrial Conference: | August 2012 |
| Trial: | September 2012 |

/////
/////
/////
/////
/////
/////
/////

1 | Dated:  August 4, 2011          Respectfully submitted,

By: /s/ *C. Brooks Cutter*
      C. Brooks Cutter
      KERSHAW, CUTTER & RATINOFF, LLP
      *Attorneys for Plaintiff*

By: */s/ Shanan L. Hewitt*

      SHANAN HEWITT
      Attorney for Defendants

IT IS SO ORDERED.

Dated:   August 4, 2011.

      /s/ John F. Moulds
      John F. Moulds
      U.S. Magistrate Judge

-3-

Stipulation Regarding Discovery Deadlines; and Order