**KERSHAW, CUTTER & RATINOFF, LLP**
C. BROOKS CUTTER, 121407
JOHN R. PARKER, JR., 257761
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
E-mail: bcutter@kcrlegal.com
E-mail: jparker@kcrlegal.com

Attorneys for *Plaintiff*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POPPEN,<br><br>            Plaintiff,<br><br>vs.<br><br>LIONEL FOSTER, M.D.; TERRI WEINHOLDT; JALAL SALTANIAN-NEDEH-IV, S. HEATLEY, T. KIMURA-YIP; and K. McLEAN, In Their Individual Capacities,<br><br>            Defendants. | CASE NO.:  2:10-cv-00568-KJM-JFM<br><br>**STIPULATED REQUEST FOR RELIEF FROM SCHEDULING ORDER AND SCHEDULING ORDER**<br><br>Complaint Filed: March 10, 2010<br>Trial Date: September 12, 2012<br><br>Assigned to Judge Kimberly J. Mueller |

Plaintiff Kevin Poppen and the above-named Defendants hereby ask the Court to continue the fact discovery cut-off in this case to June 1, 2012, and continue the deadline for dispositive motions to August 1, 2012. One previous request for an extension has been granted.

The parties and their counsel have been working diligently to resolve this case, and both sides have agreed to mediation of this matter before Magistrate Judge Jennifer Thurston, who has agreed to mediate this case through the Eastern District of California's Pro Bono Office. The first available date for mediation with Magistrate Judge Jennifer Thurston is April 20, 2012, which falls after the current fact discovery cut-off in this case, April 1, 2012. The parties and their counsel believe that moving the discovery cut-off to a date after the first available date for

mediation will help conserve the resources of the parties and of the Court's Pro Bono Office and assist in the resolution of this matter.

Accordingly, the parties propose the following new case schedule:

| | |
|---|---|
| Non-Expert Discovery Deadline: | June 1, 2012 |
| Dispositive Motion Filing Deadline: | August 1, 2012 |
| Expert Disclosures: | Per F.R.Civ.P. 26 |
| Final Pretrial Conference: | September 2012 |
| Trial: | October 2012 |

Dated: March 5, 2012            Respectfully submitted,

By: /s/ *C. Brooks Cutter*
    C. Brooks Cutter
    KERSHAW, CUTTER & RATINOFF, LLP
      *Attorneys for Plaintiff*

By: /s/ *Shanan L. Hewitt*

    SHANAN HEWITT
    Attorney for Defendants

**JFM: I have drafted the order below, because we will not be able to do a pretrial conference in September 2012 and a trial in October 2012 if motions are not filed until August 1, 2012. Haven**

In view of the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for completion of non-expert discovery is extended to June 1, 2012, the deadline for filing dispositive motions is extended to August 1, 2012, and the disclosure of experts shall be in accordance with Fed. R. Civ. P. 26. The dates for pretrial conference and jury trial will be set, as appropriate, by subsequent order of court.

Dated: March 12, 2012
**Date:  3/12/2012**

_____
UNITED STATES MAGISTRATE JUDGE