**KERSHAW, CUTTER & RATINOFF, LLP**
C. BROOKS CUTTER, 121407
JOHN R. PARKER, JR., 257761
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
E-mail: bcutter@kcrlegal.com
E-mail: jparker@kcrlegal.com

Attorneys for *Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POPPEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LIONEL FOSTER, M.D.; TERRI WEINHOLDT; JALAL SALTANIAN-NEDEH-IV, S. HEATLEY, T. KIMURA-YIP; and K. McLEAN, In Their Individual Capacities,<br><br>　　　　　　Defendants. | CASE NO.:  2:10-cv-00568-KJM-JFM<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE, REQUEST FOR STAY, and ORDER**<br><br>Complaint Filed: March 10, 2010<br>Trial Date: September 12, 2012<br><br>Assigned to Judge Kimberly J. Mueller |

    Plaintiff Kevin Poppen and the above-named Defendants hereby notify the Court that they have reached a settlement in principle of all claims asserted in this matter and ask the court to stay this case for forty-five (45) days while the parties finalize the details of settlement.

Dated:  March 22, 2012             Respectfully submitted,


                    By: /s/ *C. Brooks Cutter*
                        C. Brooks Cutter
                        Attorneys for Plaintiff

                    By: */s/ Shanan L. Hewitt*
                        Shanan Hewitt
                        Attorney for Defendants

-1-
Notice of Settlement, Request for Stay, and Order

1 | IT IS SO ORDERED.

3 | Date:  April 3, 2012.

_____
UNITED STATES DISTRICT JUDGE